IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. PARKER,

    Plaintiff,                      No. 2:12-cv-1229 MCE CKD P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 25, 2012, plaintiff's complaint was dismissed and leave to file an amended complaint was granted. On July 26, 2012, plaintiff was warned that failure to file an amended complaint within 30 days would result in dismissal of this action. Plaintiff has not filed an amended complaint nor otherwise responded to the court's July 26, 2012 order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).

Dated: February 8, 2013

                               */s/ Carolyn K. Delaney*
                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE

---

1
park1229.fta